IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY G. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-cv-648-NJR-DGW |
| ) | |
| RONALD WILLIAMS and RICHARD ) BOWERMAN, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION

This case is certified as being ready for trial before District Judge Nancy J. Rosenstengel.

**IT IS SO ORDERED.**

**DATED: August 20, 2015**

*[signature: Donald Wilkerson]*

**DONALD G. WILKERSON**
**United States Magistrate Judge**